**DISMISS; and Opinion Filed August 5, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00511-CV

### ANDREW SAMUEL, Appellant
### V.
### SOUTH PORT II APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01310-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers,  and Justice Brown
Opinion by Chief Justice Wright

The clerk's record in this case is overdue.  In a letter dated July 2, 2014, we notified appellant that the Dallas County Clerk informed the Court that the clerk's record had not been filed because appellant had not paid or made arrangements to pay for the clerk's record.  We directed appellant to file, within ten days of the date of our letter, written verification that he had paid or made arrangements to pay for the clerk's record.  We cautioned appellant that if we did not receive the required documentation within ten days, we might dismiss the appeal without further notice.  To date, appellant has not provided the required documentation regarding the status of the clerk's record nor has he otherwise corresponded with the Court regarding this appeal.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).


                                                /Carolyn Wright/

                                                CAROLYN WRIGHT

                                                CHIEF JUSTICE


140511F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## **JUDGMENT**

ANDREW SAMUEL, Appellant

No. 05-14-00511-CV　　　V.

SOUTH PORT II APARTMENTS, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-01310-B.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Brown participating.

　　　In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of prosecution.

　　　It is **ORDERED** that appellee SOUTH PORT II APARTMENTS recover its costs of this appeal, if any, from appellant ANDREW SAMUEL.

Judgment entered this 5th day of August, 2014.